AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

**FILED**
JAMES J. VILT, JR. - CLERK
NOV 23 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua O. Morrison | ) | Case No. 1:22MJ-121-HBB |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/20/2022__ in the county of __Hart__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | interstate transmission of a threat |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Stroud, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/23/2022

_____
*Judge's signature*

City and state: Bowling Green, Kentucky   H. Brent Brennenstuhl, U.S. Magistrate Judge
*Printed name and title*

1: 22mJ-121-HBB

**FILED**
JAMES J. VILT, JR. - CLERK

NOV 23 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### I. INTRODUCTION

I, Special Agent Eric Stroud, having been duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since April 2022. My duties, responsibilities, and training as a Special Agent with the FBI include investigating violations of federal law. Prior to becoming a Special Agent, I was employed as a Detective with the Bowling Green Police Department for over eight years. During my career I have conducted investigations that have involved homicides, robberies, and thefts. I received courses of instruction relating to many investigative techniques. I have conducted follow-up investigations through the analysis of electronic communications, devices, and social media platforms to identify persons of interest. My training and experience include authoring multiple search warrant affidavits for social media platforms as well as cellular devices.

2. This Affidavit is submitted in support of the Application for a Criminal Complaint and Arrest Warrant for Joshua O. Morrison (hereafter Morrison), DOB XX/XX/1992 and SSN: XXX-XX-2754 for violations of Title 18 U.S.C. § 875(c), (interstate transmission of a threat to injure the person of another).

3. In connection with my official duties, I have obtained the following information through my own investigation and from other law enforcement agencies. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the application for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have instead set forth only those facts that I believe are necessary to establish the required probable cause.

## II. FACTS SUPPORTING PROBABLE CAUSE

1. On November 20, 2022, at approximately 6:17am the Kentucky State Police (hereafter KSP) Post 3 received a complaint regarding threats transmitted that morning via Facebook Messenger. The complainant did not know the sender, but stated that she found the message disturbing and thought it should be reported. The Facebook message stated "Don't go to church or school I'ma do a mass shooting. I'm coming to bowling green Kentucky to do a mass shooting also."

2. KSP identified Morrison as the subject that potentially sent the messages, as the messages came from a Facebook account associated with Morrison.

3. KSP responded to Morrison's residence in Horse Cave, KY, where they located Morrison. Morrison was advised of his *Miranda* rights and admitted to sending the messages, but repeatedly claimed he did not intend to carry out his threat. Morrison advised he knew what messages he sent and verified the Facebook account that sent the messages was his own, and that he sent the messages.

4. Based on my experience and training, even intrastate messages sent through Facebook Messenger travel in "interstate commerce," as the electronic signals travel outside the state of Kentucky.

## III. CONCLUSION

5. Based upon the above evidence I believe there is probable cause to believe that on or about November 20, 2022, Morrison violated Title 18 U.S.C. § 875(c), (interstate transmission of a threat to injure the person of another).

*E. I. [signature]*

2

Eric Stroud, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on November __23__, 2022 in Bowling Green, Kentucky

_____
H. Brent Brennenstuhl
U.S. Magistrate Judge
Western District of Kentucky

3